**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Richard D. GOLDBERG, Respondent.**

**No. 570 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 1, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of August, 2000, there having been filed with this Court by Richard D. Goldberg his verified Statement of Resignation dated June 20, 2000, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Richard D. Goldberg be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Richard Patsy COPPULA, II.**

**No. 591 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 1, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of August, 2000, Richard Patsy Coppula, II, having been disbarred on consent from the practice of law in the State of Illinois by Order of the Supreme Court of the State of Illinois dated February 5, 1991; the said Richard Patsy Coppula, II, having been directed on May 22, 2000, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Richard Patsy Coppula, II, is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.